JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
CLAY A. PLUMMER
Nevada Bar No. 6778
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
clay.plummer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAN CHAVEZ-GARCIA,<br>    aka "Uriel Chavez,"<br>    aka "Adan C Garcia,"<br>    aka "Guadalupe Alvares-Rivas,"<br><br>Defendant. | Case No. 2:24-mj-00628-BNW<br><br>**Stipulation to Extend Deadlines<br>to Conduct Preliminary Hearing and<br>File Indictment (Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Clay Plummer, Special Assistant United States Attorney, counsel for the United States of America, and Keisha Matthews, Assistant Federal Public Defender, counsel for Defendant CRISTIAN ALBERTO NUNEZ-HIPOLITO that the Court reschedule the preliminary hearing in this case for no earlier than 30 days from the currently scheduled date of November 15, 2024, at 2:00pm. This request requires that the Court extend two deadlines: (1) the deadline to conduct a preliminary hearing, *see* Fed. R. Crim. P. 5.1(c); and (2) the deadline to file an information or indictment, *see* 18 U.S.C. § 3161(b).

This stipulation is entered into for the following reasons:

1. The United States Attorney's Office has developed an early disposition program for immigration cases, authorized by the Attorney General pursuant to the PROTECT ACT of 2003, Pub. L. 108-21.

2. The early disposition program for immigration cases is designed to: (1) reduce the number of hearings required in order to dispose of a criminal case; (2) avoid having more cases added to the court's trial calendar, while still discharging the government's duty to prosecute federal crimes; (3) reduce the amount of time between complaint and sentencing; and (4) avoid adding significant time to the grand jury calendar to seek indictments in immigration cases, which in turn reduces court costs.

3. The government has made a plea offer in this case that requires defendant to waive specific rights and hearings in exchange for "fast-track" downward departure under USSG § 5K3.1. This offer will be withdrawn if it is not timely accepted before this matter is indicted and before a preliminary hearing is held.

4. Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the preliminary hearing within a reasonable time, but no later than 14 days after the initial appearance if the defendant is in custody . . . ."

5. However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more times . . . ."

6. Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be

1 filed within thirty days from the date on which such individual was arrested or served with a
2 summons in connection with such charges."

3     7.    The parties previously stipulated to extend the above deadlines. Pursuant to
4 that stipulation, the Court rescheduled the preliminary hearing for November 15, 2024.

5     8.    Defendant needs additional time to review the discovery and investigate
6 potential defenses to make an informed decision as to how to proceed, including whether to
7 accept the fast-track plea agreement.

8     9.    Accordingly, the parties jointly request that the Court reschedule the
9 preliminary hearing in this case no sooner than 30 days from the currently scheduled date.

10     10.    Defendant is in custody and agrees to another extension of the deadline
11 imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C.
12 § 3161(b), provided that the information or indictment is filed on or before the date ordered
13 pursuant to this stipulation.

14     11.    The parties agree to the extension of that deadline.

15     12.    This extension supports the public interest in the prompt disposition of
16 criminal cases by permitting defendant to consider entering into a plea agreement under the
17 United States Attorney's Office's fast-track program for § 1326 defendants.

18     13.    Accordingly, the additional time requested by this stipulation is allowed
19 under Federal Rule of Criminal Procedure 5.1(d).

20     14.    In addition, the parties stipulate and agree that the time between today and
21 the scheduled preliminary hearing is excludable in computing the time within which the
22 defendant must be indicted and the trial herein must commence pursuant to the Speedy
23 Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C.
24 § 3161(h)(7)(B)(i) and (iv).

15. This is the second request for an extension of the deadlines by which to conduct the preliminary hearing and to file an indictment.

DATED this 5th day of November, 2024.

                                            Respectfully submitted,

| | |
|---|---|
| RENE VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |
| | |
| /s/ Keisha Matthews | /s/ Clay Plummer |
| KEISHA MATTHEWS | CLAY A PLUMMER |
| Assistant Federal Public Defender | Assistant United States Attorneys |
| Counsel for Defendant | |
| CRISTIAN ALBERTO NUNEZ-HIPOLITO | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADAN CHAVEZ-GARCIA,<br>  aka "Uriel Chavez,"<br>  aka "Adan C Garcia,"<br>  aka "Guadalupe Alvares-Rivas,"<br><br>  Defendant. | Case No. 2:24-mj-00628-BNW<br><br>**[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the 15th day of November, 2024 at the hour of 2:00 p.m., be vacated and continued to 12/19/2024 at the hour of 1:00 p.m.

DATED this 6th day of November 2024.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

5