JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
CLAY A. PLUMMER
Nevada Bar No. 6778
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
clay.plummer@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAN CHAVEZ-GARCIA,<br>   aka "Uriel Chavez,"<br>   aka "Adan C Garcia,"<br>   aka "Guadalupe Alvares-Rivas,"<br><br>Defendant. | Case No. 2:24-mj-00628-BNW<br><br>**Stipulation to Extend Deadlines<br>to Conduct Preliminary Hearing and<br>File Indictment (Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Clay Plummer, Special Assistant United States Attorney, counsel for the United States of America, and Keisha Matthews, Assistant Federal Public Defender, counsel for Defendant ADAN CHAVEZ-GARCIA, that the Court reschedule the preliminary hearing in this case for no earlier than 60 days from the currently scheduled date of December 19, 2024, at 1:00pm. This request requires that the Court extend two deadlines: (1) the deadline to conduct a preliminary hearing, *see* Fed. R. Crim. P. 5.1(c); and (2) the deadline to file an information or indictment, *see* 18 U.S.C. § 3161(b).

This stipulation is entered into for the following reasons:

1. The United States Attorney's Office has developed an early disposition program for immigration cases, authorized by the Attorney General pursuant to the PROTECT ACT of 2003, Pub. L. 108-21.

2. The early disposition program for immigration cases is designed to: (1) reduce the number of hearings required in order to dispose of a criminal case; (2) avoid having more cases added to the court's trial calendar, while still discharging the government's duty to prosecute federal crimes; (3) reduce the amount of time between complaint and sentencing; and (4) avoid adding significant time to the grand jury calendar to seek indictments in immigration cases, which in turn reduces court costs.

3. Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the preliminary hearing within a reasonable time, but no later than 14 days after the initial appearance if the defendant is in custody . . . ."

4. However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more times . . . ."

5. Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges."

6. The parties previously stipulated to extend the above deadlines. Pursuant to those stipulations, the Court rescheduled the preliminary hearing for December 19, 2024.

7. Defendant has accepted the fast-track plea agreement in this case. A joint change of plea and sentencing hearing is currently scheduled for January 14, 2025, in Case No. 2:24-cr-00251-APG-BNW. Once defendant enters his guilty plea at that hearing, a preliminary hearing will no longer be necessary.

8. Accordingly, the parties jointly request that the Court reschedule the preliminary hearing in this case no sooner than 60 days from the currently scheduled date.

9. Defendant is in custody and agrees to another extension of the deadline imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), provided that the information or indictment is filed on or before the date ordered pursuant to this stipulation.

10. The parties agree to the extension of that deadline.

11. This extension supports the public interest in the prompt disposition of criminal cases by permitting defendant to plead guilty pursuant to a plea agreement under the United States Attorney's Office's fast-track program for § 1326 defendants.

12. Accordingly, the additional time requested by this stipulation is allowed under Federal Rule of Criminal Procedure 5.1(d).

13. In addition, the parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

1       14.    This is the second request for an extension of the deadlines by which to conduct the preliminary hearing and to file an indictment.

DATED this 3rd day of December, 2024.

                                                Respectfully submitted,

| | |
|---|---|
| RENE VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Keisha Matthews<br>KEISHA MATTHEWS<br>Assistant Federal Public Defender<br>Counsel for Defendant<br>ADAN CHAVEZ-GARCIA | /s/ Clay Plummer<br>CLAY A PLUMMER<br>Assistant United States Attorneys |

4

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00628-BNW |
| Plaintiff, | **[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |
| v. | |
| ADAN CHAVEZ-GARCIA,<br>    aka "Uriel Chavez,"<br>    aka "Adan C Garcia,"<br>    aka "Guadalupe Alvares-Rivas," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the 19th day of December, 2024 at the hour of 1:00 p.m., be vacated and continued to 2/18/25 at the hour of 2:00 P.M.

DATED this 5th day of December, 2024.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE